UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF OHIO  
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 07-11217 |
| | | CHAPTER 13 |
| TARA M. MURPHY | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>　　　　　　　　<u>Amount</u>  
916718　　　　　　　　　　$5.38

<u>Creditor(s)</u>  
Deaconess Hospital  
311 Straight Street  
Cincinnati, Ohio 45219

    Respectfully submitted,

/s/　<u>Margaret A. Burks, Esq.</u>  
Margaret A. Burks, Esq.  
Chapter 13 Trustee  
Attorney No. OH 0030377

Francis J. DiCesare, Esq.  
Staff Attorney  
Attorney No. OH 0038798

Karolina F. Perr, Esq.  
Staff Attorney  
Attorney No. OH 0066193

600 Vine Street, Suite 2200  
Cincinnati, OH 45202  
(513) 621-4488  
(513) 621 2643 (Facsimile)  
mburks@cinn13.org - Correspondence only  
fdicesare@cinn13.org  
kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, April 21, 2010.

                                            /s/    Margaret A. Burks, Esq.
                                                   Margaret A. Burks, Esq.

Deaconess Hospital
311 Straight Street
Cincinnati, Ohio 45219

Debtor(s) Counsel
MICHAEL E. PLUMMER, ESQ.
11 WEST 6TH STREET
COVINGTON, KY  41011

Debtor(s)
TARA M. MURPHY
P.O. BOX 2
NEW TRENTON, IN  47035

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)